**SULAIMAN LAW GROUP, LTD.**
Joseph S. Davidson (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHAWN SHARP, <br><br> Plaintiff, <br><br> v. <br><br> MOBILOANS, LLC, <br><br> Defendant. | Case No.  4:18-cv-07174-KAW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, SHAWN SHARP voluntarily dismisses without prejudice the above-entitled action against Defendant MOBILOANS, LLC.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Date: December 28, 2018          Respectfully submitted,

By: */s/ Joseph S. Davidson (Admitted Pro Hac Vice)*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-mail: jdavidson@sulaimanlaw.com

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 28, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.

*s/ Joseph S. Davidson*

2